UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

KIERRA SNOW,

    Plaintiff,

v.

    Case No.: 2:18-cv-00526-JPS

FCA US LLC, METHODE ELECTRONICS, INC., MIDAS INTERNATIONAL CORPORATION, and KNA ENTERPRISES, INC.,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff, Kierra Snow, and Defendants, FCA US LLC, Methode Electronics, Inc., Midas International Corporation, and KNA Enterprises, Inc., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action in its entirety, with the parties to bear their own attorney's fees, costs, and expenses.

Dated: August 24, 2018

| | |
|---|---|
| /s/ *Steven E. Nauman* | /s/ *Thomas Terwilliger* |
| **STEVEN E. NAUMAN, ESQ.** | **THOMAS TERWILLIGER** |
| Florida Bar No.: 106126 | State Bar No. 1013493 |
| **Morgan & Morgan, P.A.** | **Terwilliger, Wakeen, Piehler, & Conway, S.C** |
| 20 North Orange Avenue, Suite 1600 | P.O. Address: |
| Orlando, FL 32801 | 327 North 17th Avenue, Suite 301 |
| Telephone: (407) 244-3962 | P.O. Box 8063 |
| Fax: (407) 245-3462 | Wausau, WI 54402-8063 |
| Primary Email: snauman@forthepeople.com | Phone: (715) 845-2121 |
| Secondary Email: mhoilett@forthepeople.com | Fax: (715) 845-3538 |
| *Counsel for Plaintiff* | tterwilliger@twpclaw.com |
| | *Counsel for Defendant, Methode Electronics, Inc.* |

/s/ *Terrence C. Thom*
**TERRENCE C. THOM**
State Bar No. 1017535
**SUSAN K. ALLEN**
State Bar No. 1056757
**GREGORY M. JACOBS**
State Bar No. 1101064
**Stafford Rosenbaum LLP**
1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
Tel.: 414.982.2850
Fax: 414.982.2889
tthom@staffordlaw.com
sallen@staffordlaw.com
gjacobs@staffordlaw.com
*Counsel for Defendant, FCA US LLC*

/s/ *Robert J. Lauer*
**ROBERT J. LAUER**
State Bar No. 1000046
**ERIN C. SMITH**
State Bar No. 1104380
**Kasdorf, Lewis & Swietlik, S.C.**
One Park Plaza, Suite 500
11270 West Park Place
Milwaukee, WI 53224
Telephone: (414) 577-4000
Fax: (414) 577-4400
E-mail: rlauer@kasdorf.com
esmith@kasdorf.com
*Counsel for Defendants, Midas International Corporation and KNA Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2018, I electronically served the foregoing document by electronic mail to all counsel of record.

/s/ *Steven E. Nauman*
**STEVEN E. NAUMAN, ESQ.**
Florida Bar No.: 106126
**Morgan & Morgan, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Fax: (407) 245-3462
Primary Email: snauman@forthepeople.com
Secondary Email: mhoilett@forthepeople.com
*Counsel for Plaintiff*